**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 21-CR-20006 |
| ) | |
| **JAVAN JAMAR THOMPSON,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On June 4, 2024, a Report and Recommendation (#64) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Javan Jamar Thompson's plea of guilty as to Counts 1 through 4 of the Indictment (#12) and his agreement to the forfeiture of items described in the notice of forfeiture are accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing remains set for October 7, 2024, at 2:15 pm before this court.

ENTERED this 20th day of June, 2024.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE